No. 01–9194. HUFFLER, AKA ARTHUR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9197. VELEZ BELCAZAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9201. BACCHUS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9210. ALLEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9211. MCKEITHAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9214. STUBBS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–9216. STRANGE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9217. SINGH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9226. FIGUEROA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–9227. FERREIRA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9229. GOMEZ-FUNEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9232. DESUMMA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–9241. MCKAY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9247. HERNANDEZ-MENDOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9250. FITCH, AKA KRAUSE, AKA O'HARE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.